STATE OF NEBRASKA, APPELLEE, V.
PAMELA A. FIEDLER, APPELLANT.
571 N.W.2d 789

Filed January 9, 1998.   No. S-96-079.

Robert W. Kortus and Julie A. Frank, of Frank & Gryva, P.C., for appellant.

Connor L. Reuter, Assistant Lincoln City Attorney, for appellee.

Herbert M. Fitle, Omaha City Attorney, and Martin J. Conboy III, Omaha City Prosecutor, and J. Michael Tesar for amicus curiae City of Omaha.

WHITE, C.J., CAPORALE, WRIGHT, CONNOLLY, GERRARD, and McCORMACK, JJ.

PER CURIAM.
The decision of the Nebraska Court of Appeals *State v. Fiedler*, 5 Neb. App. 629, 562 N.W.2d 380 (1997), is affirmed by an equally divided court.

AFFIRMED.

STEPHAN, J., not participating.